IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN BUNDY,

    Plaintiff,

vs.                            Civil Action 2:11-CV-64
                                Judge Sargus
                                Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On January 3, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the matter be remanded to the Commissioner of Social Security for further consideration of the opinions of plaintiff's treating physicians. *Report and Recommendation*, Doc. No. 19. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 19, is **ADOPTED and AFFIRMED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further consideration of the opinions of plaintiff's treating physicians.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. Section 405(g).

                                                  _____
                                                  Edmund A. Sargus, Jr.
                                                  United States District Judge

Date: 1-27-2012