IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN BUNDY,

    Plaintiff,

vs.                            Civil Action 2:11-CV-64
                                Judge Sargus
                                Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

Plaintiff's unopposed motion, Doc. No. 22, for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), is **GRANTED**.

Plaintiff is **AWARDED** an attorney fee under the Equal Access to Justice Act in the amount of $1,887.50.

4-18-2012
Date

                                          Edmund A. Sargus, Jr.
                                          United States District Judge