# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JOHN BUNDY,**

      **Plaintiff,**

                                 **Case No. 2:11-cv-064**

      **v.**                                **JUDGE EDMUND A. SARGUS, JR.**

                                         **Magistrate Judge Norah McCann King**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 3, 2014.  (ECF No. 25.)  The time for filing objections to the Report and Recommendation has passed and no objections have been filed.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Court **GRANTS** Plaintiff's motion for attorney fees (ECF No. 24), and **AWARDS** Plaintiff's attorney a fee of $4,410.00, or 25% of the past-due benefits, whichever is less.

      **IT IS SO ORDERED.**

5-1-2014
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**